# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MCKENNA ADVISORS LLC,<br><br>   Petitioner,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>   Respondent. | Miscellaneous Action No. 1:23mc8 |

## MOTION TO QUASH THIRD PARTY SUBPOENA

Petitioner McKenna Advisors LLC ("McKenna") respectfully moves the Court to quash or modify the third-party subpoena issued to McKenna by PGA Tour, Inc. ("PGA"), seeking testimony and documents purportedly relevant to an action pending in the Northern District of California styled *Jones, et al. v. PGA Tour, Inc.*, No. 5:22cv4486 (BLF), for the reasons set forth in the accompanying memorandum.

Before filing this motion, counsel for McKenna met and conferred in good faith with counsel for the PGA in an effort to narrow the areas of disagreement.

Pursuant to Local Civil Rule 7(E), McKenna sets this motion for hearing on Friday, May 5, 2023, at 10:00 a.m., or as soon thereafter as it may be heard.

Dated: April 12, 2023

/s/
Cailyn Reilly Knapp (VA Bar No. 86007)
Jim Kress (*pro hac vice* application forthcoming)
Taylor Owings (*pro hac vice* application forthcoming)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
Tel: (202) 639-7753
Fax: (202) 585-4070
Email: cailyn.reilly.knapp@bakerbotts.com
Email: james.kress@bakerbotts.com
Email: taylor.owings@bakerbotts.com

*Counsel to Petitioner McKenna Advisors LLC*

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2023, the foregoing was electronically mailed to the following address:

Eric K. Phung
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 676-2270
Fax (415) 397-7188
Email: ephung@keker.com

                                              /s/
Cailyn Reilly Knapp (VA Bar No. 86007)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
Tel: (202) 639-7753
Fax: (202) 585-4070
Email: cailyn.reilly.knapp@bakerbotts.com

*Counsel to Petitioner McKenna Advisors LLC*

3