UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MCKENNA ADVISORS, LLC, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:23mc08 (RDA/WEF) |
| PGA TOUR, INC., | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on Respondent's Motion to Transfer the Case (the "Motion"). (Dkt. 27). The Motion was fully briefed, and the Court heard argument of counsel on May 10, 2023.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Respondent's Motion to Transfer the Case (Dkt. 27) is **DENIED**.

**ENTERED** this 10th day of May, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia