UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

<u>**CIVIL HEARING**</u>

**DATE:** __5/12/23_____   **COURTROOM#:** _____500_____
**START:** _10:05 a.m.__11:16 a.m._____
**FINISH:** _11:00 a.m.__12:08 p.m._____
**DEPUTY CLERK:** <u>Tina Fitzgerald</u>

**Civil Action Number:** __1:23-mc-8_____

       McKenna Advisors LLC

            vs.

       PGA Tour, Inc.

Appearance of Counsel for:   ( x ) Plaintiff   ( x ) Defendant
                                      (   ) Respondents   (   ) Pro Se

<u>Motion(s)</u>:

**Motion to Quash-DE# 1**

<u>Ruling</u>:

(   ) Matter is uncontested and taken under advisement

**Argued &**

(   ) GRANTED
**(   ) DENIED**
( x ) GRANTED IN PART/DENIED IN PART

<u>Notes:</u>
.

(   ) Report and Recommendation to Follow
( x ) Order to Follow