# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MCKENNA ADVISORS, LLC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:23mc08 (RDA/WEF) |
| ) | |
| PGA TOUR, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

This matter is before the Court on Petitioner's Motion to Quash Third Party Subpoena (the "Motion to Quash"). (Dkt. 1). The Court will also address the parties' pending motions to seal. (Dkts. 4, 15, 22).

The Motion to Quash was fully briefed, and the Court heard argument of counsel on May 12, 2023.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** Petitioner's Motion to Quash Third Party Subpoena (Dkt. 1) is **GRANTED IN PART** and **DENIED IN PART**, and the Court exercises its authority to **MODIFY** Respondent's requests for production as stated from the bench and, where agreement was reached, as agreed upon by the parties; it is further

**ORDERED** that Petitioner's Motion to Seal (Dkt. 4) and Respondent's Motions to Seal (Dkts. 15, 22) are **GRANTED**.

**ENTERED** this 12th day of May, 2023.

*William C. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia